

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ABDOU FATAI ABODOURIN XAVIER LIADI,
and RAMATOU BACHIROU,

                Plaintiffs,

      v.

KIRSTJEN NIELSEN, Secretary of Homeland
Security, *et al.*,

                Defendants.
------------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

DEC 10 2019

BROOKLYN OFFICE

**ORDER**
17-CV-2925 (WFK)

**WILLAM F. KUNTZ, II, United States District Judge:**

After careful review of the motion papers submitted by both parties in the above-captioned action, including submissions of supplemental authority (*see* ECF Nos. 20-29), the Court finds there are genuine issues of material fact precluding summary judgment. Accordingly, the Court hereby DENIES Defendants' motion to dismiss, or, in the alternative, for summary judgment and DENIES Plaintiffs' cross-motion for summary judgment. The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 20.

**SO ORDERED.**

                                            s/WFK
                            HON. WILLIAM F. KUNTZ, II
                            UNITED STATES DISTRICT JUDGE

Dated: December 9, 2019
       Brooklyn, New York